IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM GOODE, | : | No. 4:15-CV-1351 |
| Plaintiff | : | |
| v. | : | (Judge Brann) |
| BALTIMORE CITY CIRCUIT COURT, *et. al.,* | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

**O R D E R**

September 4, 2015

The undersigned has given full and independent consideration to the July 13, 2015 report and recommendation of Chief Magistrate Judge Martin C. Carlson. ECF No. 4. No objections to the report and recommendation of the magistrate judge have been filed.

Because this Court agrees with Chief Magistrate Judge Carlson's recommendation that the action be transferred to the District of Maryland, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Martin C. Carlson's July 13, 2015 Report and Recommendation is ADOPTED in full. ECF No. 4.

2. The clerk is directed to transfer 4:15-CV-1351 to the District of Maryland.

3. The clerk is directed to close the file.

       BY THE COURT:

       <u>s/ Matthew W. Brann</u>
       Matthew W. Brann
       United States District Judge